# Friedlander & Gorris

A PROFESSIONAL CORPORATION
Suite 2200
1201 North Market Street
Wilmington, Delaware 19801
(302) 573-3500
Fax (302) 573-3501

Joel Friedlander

Direct Dial
(302) 573-3502
jfriedlander@friedlandergorris.com

July 18, 2016

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Unit 31
Wilmington, DE 19801

     Re:    *In re The Bancorp, Inc. Securities Litigation*, Civ. No. 14-0952 (SLR)

Dear Judge Robinson:

     We represent Lead Plaintiffs in the above-captioned matter and write on behalf of all parties to inform the Court that the parties have reached a settlement to resolve this action. Lead Plaintiffs anticipate that they will be in a position to file their motion for preliminary approval of the settlement within approximately 40 days, or by Monday, August 28, 2016. The parties respectfully request that the Court not issue any decision on Defendants' pending motion to dismiss, which the settlement has now mooted.

     We thank the Court for its attention to this matter.

                                    Respectfully submitted,

                                    */s/ Joel Friedlander*

                                    Joel Friedlander (Bar No. 3163)

cc:    Counsel of Record (by CM/ECF Filing)

{FG-W0411350.}