IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE THE BANCORP INC. SECURITIES LITIGATION | Case No. 14-cv-0952 (SLR) |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

Joel Friedlander (Bar ID No. 3163)
**FRIEDLANDER & GORRIS, P.A.**
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500

*Liaison Counsel for Lead Plaintiffs
and the Settlement Class*

John Rizio-Hamilton
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

Robert M. Roseman
**SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

*Co-Lead Counsel for Lead Plaintiffs
and the Settlement Class*

Dated:  August 12, 2016

Lead Plaintiffs Arkansas Teacher Retirement System and Arkansas Public Employees Retirement System (collectively, "Lead Plaintiffs") hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Settlement Class; (iii) approving the form, content and manner of giving notice of the proposed Settlement to Settlement Class Members; and (iv) scheduling a hearing to consider final approval of the Settlement, approval of the Plan of Allocation, and the motion by Co-Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses.

This Motion is based upon the Stipulation and Agreement of Settlement dated July 27, 2016, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein.  The Parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached as Exhibit 2 to this Motion.  Pursuant to the terms of the Stipulation, this Motion is unopposed by Defendants.

Dated:  August 12, 2016

Respectfully submitted,

*/s/ Joel Friedlander*
Joel Friedlander (Bar No. 3163)
**FRIEDLANDER & GORRIS, P.A.**
1201 N. Market Street, Suite 2200
Wilmington, DE 19801
(302) 573-3500
jfriedlander@friedlandergorris.com

*Liaison Counsel for Lead Plaintiffs
and the Settlement Class*

John Rizio-Hamilton
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, NY 10020
(212) 554-1400

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*

Robert M. Roseman
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 496-0300

*Co-Lead Counsel for Lead Plaintiffs and the Settlement Class*

#1005924